1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JULIAN J. ALEXANDER,                        1:23-cv-00670-SAB (PC)

12                  Plaintiff,

13         v.                                     ORDER TRANSFERRING CASE TO THE
                                                  SACRAMENTO DIVISION OF THE
14   STEWART, et al.,                             EASTERN DISTRICT OF CALIFORNIA

15                  Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

19         In his complaint, Plaintiff alleges violations of his civil rights by defendants.  The alleged

20   violations took place in Sacramento County, which is part of the Sacramento Division of the

21   United States District Court for the Eastern District of California. Therefore, the complaint should

22   have been filed in the Sacramento Division.

23         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

25   will be transferred to the Sacramento Division.  This Court will not rule on Plaintiff's request to

26   proceed in forma pauperis.

27         Good cause appearing, IT IS HEREBY ORDERED that:

28         1.  This action is transferred to the United States District Court for the Eastern District of

California sitting in Sacramento; and

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3.  This Court has not ruled on Plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **May 3, 2023**

UNITED STATES MAGISTRATE JUDGE

2