IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIAN J. ALEXANDER,**<br><br>Plaintiff,<br><br>v.<br><br>**STEWART, et al.,**<br><br>Defendants. | Case No. 2:23-cv-00822-CKD P<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING ADR PROJECT** |

Having read and considered the Motion to Opt Out of Post-Screening ADR Project filed by Defendants Bell, Catlin, Lopez Hernandez, and Williams and the declaration of counsel supporting the Motion, and for good cause appearing, the Motion is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Defendants' request to opt out of participation in this District's Post-Screening ADR Project is **GRANTED**;

2. The Court lifts the current stay of this action for participation in the Post-Screening ADR Project; and

/ / /

/ / /

/ / /

3. Defendants shall respond to the operative Complaint with 21 days of the date of this Order.

**IT IS SO ORDERED**.

Dated: April 29, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE