1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JULIAN J. ALEXANDER,                   No.  2:23-cv-0822 CKD P

12              Plaintiff,

13         v.                                ORDER

14    STWEART, et al.,

15              Defendants.

16

17        On May 20, 2024, defendants filed a motion to dismiss.  Plaintiff has not opposed the

18    motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of

19    this order, plaintiff shall file an opposition to the pending motion to dismiss or a statement of non-

20    opposition.  Failure to comply with this order will result in dismissal of this action pursuant to

21    Federal Rule of Civil Procedure 41(b).

22

23    Dated: July 1, 2024

24                                            CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE
25    1
      alex0822.46osc
26

27

28