UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN J. ALEXANDER,<br><br>    Plaintiff,<br><br>  v.<br><br>STEWART, et al.,<br><br>    Defendants. | No. 2:23-cv-0822 CKD P<br><br><br>ORDER |

On May 20, 2024, defendant Bell filed a motion to dismiss. Plaintiff asserts he has not received a copy of the motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant Bell re-serve his motion to dismiss upon plaintiff within five days of this order.

2. Plaintiff's request for an extension of time to file a response to the motion (ECF No. 31) is granted; and

3. Plaintiff's response to the motion to dismiss shall be filed on or before September 3, 2024.

Dated: July 18, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
alex0822.ext