UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN J. ALEXANDER,<br><br>  Plaintiff,<br><br>  v.<br><br>STEWART, et al.,<br><br>  Defendants. | No. 2:23-cv-0822 CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an opposition to defendants' motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 34) is granted; and

2. Plaintiff is granted twenty days to file an opposition to the motion to dismiss. Failure to file an opposition will result in a recommendation that this action be dismissed without prejudice.

Dated: September 8, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
alex0822.36